June 7, 1978

389 A.2d 690

American States Insurance Co., Appellant, v. Borough Of Greencastle et al.

Argued March 13, 1978. James W. Evans, with him Goldberg, Evans and Katzman, for appellant; George F. Douglas, Jr., with him Rudolf M. Wertime, for appellee, Borough of Greencastle; Denis M. DiLoreto, with him Edward I. Steckel, for appellee, Donald E. Barnhart, Jr.

Order affirmed.

389 A.2d 691

Ashcraft et al. v. Lutz (et al., Appellant).

Argued March 13, 1978. Mark Woodbury, III, with him Thomas A. Masterson, for appellant, Rockwood Insurance Company; Donald B. Hoyt, with him Robert O. Beers, for appellee, Ashcraft.

Order affirmed.